```
                        United States Bankruptcy Court
                              District of Maryland
```

In re:                                                              Case No. 16-17247-NVA
Yveatte E Pratt                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0416-1         User: jjohnson              Page 1 of 1              Date Rcvd: Dec 27, 2017
                             Form ID: pdfdbtr            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
db             +Yveatte E Pratt,    2312 Lawnwood Circle,    Gwynn Oak, MD 21207-8101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              Jeffrey M. Sirody    smeyers5@hotmail.com,    sffecf@gmail.com,sfaecf@gmail.com,garyp@sirody.com,
               jsaecf@gmail.com,sirodyjr47896@notify.bestcase.com
              Kyle J. Moulding    bankruptcymd@mwc-law.com
              Robert S. Thomas    ECF@ch13balt.com,   rthomas13@ecf.epiqsystems.com
                                                                                             TOTAL: 3



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **16−17247 − NVA**    Chapter: **13**

**Yveatte E Pratt**
Debtor

## ORDER DISMISSING CASE ON REQUEST OF DEBTOR(S)
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

The Debtor(s) having requested dismissal of this Chapter 13 case, and the Court finding that the case has not been converted under § 706, § 1112, or § 1208 of the Bankruptcy Code and that the case may be dismissed under § 1307(b) of the Bankruptcy Code, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $−0− for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Debtor
      Attorney for Debtor − Jeffrey M. Sirody
      Case Trustee − Robert S. Thomas II

### End of Order

Section 109(g)(2) is applicable, and the above−named Debtor(s) may not file another bankruptcy petition for 180 days after the date this order is entered. By: jjohnson, Deputy Clerk

15x08 (rev. 01/26/2010) − jjohnson